THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT APARO, Appellant.— Defendant appeals from a judgment of a City Magistrate of the City of New York, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of knowingly permitting his premises to be used for gambling, in violation of section 973 of the Penal Law and from the sentence imposed. Judgment reversed on the law and the facts, complaint dismissed, and fine remitted. The proof adduced was insufficient to establish the commission of the crime. Defendant's admissions without additional proof that reasonably tends to prove the crime are not sufficient to warrant the conviction. (Code Crim. Pro., § 395.) No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.